UNITED STATES of America, Plaintiff–Appellee,

v.

Mark Steven HITCHCOCK, Defendant–Appellant.

No. 00–10251.

D.C. No. CR–98–00716–ACK.

United States Court of Appeals, Ninth Circuit.

March 21, 2002.

Before B. FLETCHER, CANBY, and PAEZ, Circuit Judges.

## ORDER

We revoke our order of interim release of Defendant–Appellant, Mark Steven Hitchcock. We remand to the district court to make such orders as are appropriate.

We grant the request of Hitchcock's counsel, Sarah Courageous, to withdraw as counsel in light of her current employment with the U.S. Department of Defense.

The district court is directed to appoint substitute counsel for Hitchcock.